IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ALICE CULVER, Individually )<br>and as Administratrix Ad )<br>Litem for the Estate of )<br>Marvin Culver, Deceased, )<br>　　　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　Defendant. )<br>　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>　1:11cv897-MHT<br>　　　(WO) |
| DAREYAN BYRD, an )<br>individual; CASEY )<br>CAULEY, an individual, )<br>　　　　　　　　　　　　　　)<br>　　Plaintiffs, )<br>　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　Defendant. ) | CIVIL ACTION NO.<br>　1:12cv818-MHT<br>　　　(WO) |

## JUDGMENT

The court having been informed that these causes are now settled, it is the ORDER, JUDGMENT, and DECREE of the

court that the motion for extension of time (Doc. No. 76) is granted to the extent that these lawsuits are dismissed in their entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 77 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 77 days, a motion to have the dismissal set aside and the cases reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 15th day of May, 2014.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE